IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-041 |
| | ) | |
| STEVEN CELESTINE STIDDONS | ) | |

## ORDER

In his emergency motion filed on September 3, 2014, Defendant requests permission to attend the funeral of his teenage son tomorrow at Burke County High School. (Doc. no. 109.) The Court is saddened by the news of this tragedy and extends its sincere condolences to Defendant and his family. The Court cannot permit Defendant to attend the services, however, because controlling guidelines issued by the U.S. Marshals Service strictly prohibit defendants from attending funeral services. For this reason, the Court **DENIES** the motion.

SO ORDERED this 5th day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA